UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-CV-14119-ROSENBERG/LYNCH

JANET HOYT,

    Plaintiff,

v.

D.W. ENTERPRISES INCORPORATED OF STUART,
d/b/a Safe and Sound Storage Center,

    Defendant.

_____/

**ORDER STAYING CASE AND DIRECTING THE CLERK
OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES**

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Non-Objection to Court's Paperless Order to Show Cause [DE 15] indicating that Plaintiff has no objection to a stay and administrative closure of this case. In light of Plaintiff's Notice, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This case is **STAYED**.

2. All hearings are **CANCELLED** and all pending deadlines are **TERMINATED**.

3. The parties are instructed to file any appropriate papers related to the dismissal of this action within thirty (30) days of the date of rendition of this Order.

4. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate papers related to the dismissal of this action.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**. This closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 16th day of May, 2017.

                                            ROBIN L. ROSENBERG
Copies furnished to:                    UNITED STATES DISTRICT JUDGE
Counsel of record